FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-3049

_____

JAMES L JERNIGAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.

April 30, 2025

PER CURIAM.

    Upon review pursuant to *Anders v. California*, 386 U.S. 738 (1967), we find no reversible error and affirm the revocation of probation and subsequent sentence. However, the revocation order erroneously states that Appellant admitted the violations. We therefore remand for entry of a corrected order. *See Webb v. State*, 256 So. 3d 254 (Fla. 1st DCA 2018).

    AFFIRMED and REMANDED for entry of a corrected revocation order.

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.